**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Priest Enterprises, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Georgetown Lawn & Snow**<br>**DBA  Priest Lawn Care** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2988008** | |

| | | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**1752 Dewent Unit #1**<br>**Jenison, MI 49428**<br>Number, Street, City, State & ZIP Code<br><br>**Ottawa**<br>County | **Mailing address, if different from principal place of business**<br><br>**1864 Greenwoods Drive**<br>**Jenison, MI 49428**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://priestenterprises.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Priest Enterprises, LLC**                                                    Case number (*if known*) _____
             Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>5617</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

3/15/24 11:20AM

| Debtor | **Priest Enterprises, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

 ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 3 |
|---|---|---|

Debtor  **Priest Enterprises, LLC**
Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

3/15/24 11:20AM

Debtor   **Priest Enterprises, LLC** _____   Case number (*if known*) _____
      Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2024** _____
               MM / DD / YYYY

**X** /s/ Peter R. Priest III _____      Peter R. Priest III _____
    Signature of authorized representative of debtor           Printed name

Title    **President and Managing Member** _____

**18. Signature of attorney**

**X** /s/ Martin L. Rogalski _____    Date **March 15, 2024** _____
    Signature of attorney for debtor                               MM / DD / YYYY

**Martin L. Rogalski P-30548 - MICHIGAN** _____
Printed name

**MARTIN L. ROGALSKI, P.C.** _____
Firm name

**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428** _____
Number, Street, City, State & ZIP Code

Contact phone    **(616) 457-4410** _____    Email address    **court@mrogalski.com** _____

**P-30548 - MICHIGAN MI** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Priest Enterprises, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 15, 2024**          X *Isl* **Peter R. Priest III**
                                             Signature of individual signing on behalf of debtor

                                          **Peter R. Priest III**
                                          Printed name

                                          **President and Managing Member**
                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Priest Enterprises, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALTA Equipment Company 13211 Merriman Road Livonia, MI 48150** | | **Rental Use and Alleged Damage Repair** | **Disputed** | | | **$17,636.97** |
| **American Express PO Box 60189 City of Industry, CA 91716** | | **Credit Card** | | | | **$22,914.25** |
| **Chase Ink P.O. Box 15123 Wilmington, DE 19850** | | **Credit Card** | | | | **$99,459.70** |
| **Comerica Bank Elan Financial Services P.O. Box 790408 Saint Louis, MO 63179** | | **Credit Card** | | | | **$13,406.79** |
| **Ewing Irrigation & Landscape Supply 3441 E. Harbour Drive Phoenix, AZ 85034** | | **Supplier Account** | | | | **$69,101.07** |
| **Farmers Cooperative Elevator 2364 64th Avenue Zeeland, MI 49464** | | **Supplier Account** | | | | **$41,763.83** |
| **Huntington National Bank PO Box 2360 Omaha, NE 68103** | | **Credit Card** | | | | **$13,285.15** |
| **Peter R. Priest III 1864 Greenwoods Drive Jenison, MI 49428** | | **HELOC on home to fund business** | | | | **$64,123.00** |

Debtor   **Priest Enterprises, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Toro Financing Department of Accounts PO Box 100114 Columbia, SC 29202** | | **Toro Credit Card** | | | | **$16,601.64** |
| **U.S. Small Business Admin 2 North 20th ST. Suite 320 BIRMINGHAM, AL 35203** | | **All Asset Filing per Loan Docs and UCC Search** | | **$477,600.00** | **$96,253.00** | **$381,347.00** |

3/15/24 11:20AM

| Fill in this information to identify the case: |
|---|
| Debtor name **Priest Enterprises, LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $      **400,395.38**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **400,395.38**

---

**Part 2:    Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      **781,743.83**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$      **358,292.40**

4.  Total liabilities .............................................................................................
    Lines 2 + 3a + 3b                                                                                    $      **1,140,036.23**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

3/15/24 11:20AM

**Fill in this information to identify the case:**

Debtor name     **Priest Enterprises, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**                                                     **$200.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Honor Credit Union** | **CHECKING** | **3001** | **$25,545.38** |
| 3.2.  **Huntington Bank (Current Balance of $-139.87)** | **Checking** | **0896** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$25,745.38**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **Priest Enterprises, LLC**                                    Case number *(If known)* _____
Name

|  | 8.1. | **Prepayment of Rent due to reduced square footage in lease (February, March, April)** | **$6,800.00** |
|---|---|---|---|

| 9. | **Total of Part 2.** | **$6,800.00** |
|---|---|---|
|  | Add lines 7 through 8. Copy the total to line 81. |  |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

|  | 11a. 90 days old or less: | 27,100.00 | - | 0.00 | = .... | **$27,100.00** |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

| 12. | **Total of Part 3.** | **$27,100.00** |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |  |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials**<br>**Salt - $19,000**<br>**Fertilizer - $2,500**<br>**Chemicals - $2,000**<br>**Gasoline - $1,000**<br>**Diesel - $1,200** | 02/29/2024 | $0.00 | Liquidation | $25,700.00 |
| 20.    **Work in progress** |  |  |  |  |
| 21.    **Finished goods, including goods held for resale** |  |  |  |  |
| 22.    **Other inventory or supplies**<br>**Irrigation Parts - $1,500**<br>**Landscaping Supplies - $1,600** | 02/29/2024 | $0.00 | Liquidation | $3,100.00 |

| Debtor | **Priest Enterprises, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.** | | | **$28,800.00**

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>(1) Desk; (2) Office Chairs; (1) File Cabinet; (1) Glass Table | $0.00 | Liquidation | $500.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>2 computer monitors, 2 desktop computers, one telephone | $0.00 | | $1,250.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.** | | | **$1,750.00**

Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

3/15/24 11:20AM

Debtor  **Priest Enterprises, LLC**                                    Case number *(If known)* _____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2001 Ford F250 - VIN: xx06997 - Transmission is inoperable** | $0.00 | | $1,000.00 |
| 47.2.  **2002 Ford F350 VIN: xx36359 - blown engine** | $0.00 | | $0.00 |
| 47.3.  **2003 Ford F250 - VIN:  xx44932** | $0.00 | | $0.00 |
| 47.4.  **2004 Ford F250 VIN: xx70854** | $0.00 | | $0.00 |
| 47.5.  **2009 Ford F250 VIN: xx17424** | $0.00 | | $3,000.00 |
| 47.6.  **2019 Ford F350 - VIN: xx24571** | $0.00 | | $22,000.00 |
| 47.7.  **2020 Ford F250 - VIN: xx83664** | $0.00 | | $24,000.00 |
| 47.8.  **2021 Ford F250 with Western Wide-Out Snowplow - VIN: xx99819** | $0.00 | | $15,000.00 |
| 47.9.  **1999 Isuzu Box Truck VIN: xx00567** | $0.00 | | $2,000.00 |
| 47.10.  **1996 Ford L8000 - VIN: xx01691** | $0.00 | | $3,500.00 |
| 47.11.  **2003 International Dumptruck 4300 with 310,000 miles - VIN: xx95085** | $0.00 | | $7,500.00 |
| 47.12.  **(2) 2019 Cross 20' Enclosed Trailers - Vin's: xx6438 & xx6439 - $3,000 each** | $0.00 | | $6,000.00 |
| 47.13.  **(1) 2018 18' Integrity Landscape Trailer - VIN: xx1783 - $3,000** | $0.00 | | $3,000.00 |
| 47.14.  **(1) 1999 18' Utility Trailer - Vin: xx1591 - $3,000** | $0.00 | | $0.00 |
| 47.15.  **(1) 2002 14' Car Mate Trailer - Vin: 2719** | $0.00 | | $3,500.00 |

3/15/24 11:20AM

Debtor    **Priest Enterprises, LLC**                                   Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| 47.16. | **2009 Ford F250 VIN: xx48225** | $0.00 | $3,000.00 |
| 47.17. | **(1) 32' Landscape Trailer - No Vin - $3,000** | $0.00 | $3,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2020 Toro Dingo TX1000 - $45,000**<br>**Toro Dingo TX1000 attachements:**<br>**-High Volume Bucket - $500**<br>**-Adjustable Forks - $500** | $0.00 | $47,000.00 |
| **2006 Caterpillar 257B Track Style** | $0.00 | $14,000.00 |
| **2015 Bobcat S570 Wheeled-style - $9,000**<br>**Bobcat Attachments/Accessories:**<br>**-Rockhound $1000**<br>**-Auger - $1000** | $0.00 | $11,000.00 |
| **(4) 8' Straight Blade Snow Plows - $2,000 each** | $0.00 | $8,000.00 |
| **(5) 9' V-Blade Snow Plows - $3,000 each** | $0.00 | $15,000.00 |
| **(7) 8' Back-Blade Snow Plow - $2,000 each** | $0.00 | $14,000.00 |
| **(2) 16' Back-Blade Snow Plows - $4,000 each** | $0.00 | $8,000.00 |
| **Snowrator - Sidewalk machine** | $0.00 | $11,000.00 |
| **(2) Snowex Salters - $1,000 each** | $0.00 | $2,000.00 |
| **Snowex Stainless Steel Salter** | $0.00 | $4,500.00 |
| **(4) Toro 60" Walk Behind Mowers - $3,200 each** | $0.00 | $12,800.00 |
| **52" Walk Behind Mower** | $0.00 | $800.00 |
| **44" Walk Behind Mower** | $0.00 | $800.00 |

Debtor    **Priest Enterprises, LLC**
          Name                                          Case number *(if known)*

| | | | |
|---|---|---|---|
| **96" Toro Zero-turn Mower** | $0.00 | | $17,000.00 |
| **36" Mower** | $0.00 | | $500.00 |
| **60" Zero Turn** | $0.00 | | $2,800.00 |
| **(2) Z-Spray Fertilizers - $4,000 each** | $0.00 | | $8,000.00 |
| **Hurricane Blower** | $0.00 | | $3,100.00 |
| **(10) Back Pack Blowers - $250 each** | $0.00 | | $2,500.00 |
| **14 Weed-whips - $200 each** | $0.00 | | $2,800.00 |
| **13 Edgers - $200 each** | $0.00 | | $2,600.00 |
| **(6) Hedge Clippers - $150 each** | $0.00 | | $900.00 |
| **(50) Assorted Hand Tools - Includes: Hard Rakes, Soft Rakes, Spade-Style Shovels, Flat-Nose Shovels, Edging Shovels, and Brooms** | $0.00 | | $600.00 |
| **(1) 14' Back-Blade Snow Plows - $4,000 each** | $0.00 | | $4,000.00 |
| **John Deere 5083 E-Limited Series - No hydraulics for bucket attachment and no loader valve. Used for snow-removal, salt damaged.** | $0.00 | | $20,000.00 |

51.  **Total of Part 8.**                                              | $310,200.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Priest Enterprises, LLC**
        Name

Case number *(If known)* _____

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Priest Enterprises, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,745.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,100.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $28,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $310,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*                    + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $400,395.38 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $400,395.38 |

3/15/24 11:20AM

**Fill in this information to identify the case:**

Debtor name **Priest Enterprises, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Ford Credit**<br>Creditor's Name<br><br>**Customer Service Center**<br>**P.O. Box 35910**<br>**Cleveland, OH 44135**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2019 Ford F350 - VIN: xx24571**<br><br>Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $13,450.81 | $22,000.00 |

Creditor's email address, if known

**Date debt was incurred**
**June 2020**
**Last 4 digits of account number**
**6553**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2 Huntington National Bank**<br>Creditor's Name<br><br>**Grand Rapids Comm.**<br>**Lending**<br>**Suite 700 - MI224**<br>**40 Pearl St. S.W.**<br>**Grand Rapids, MI 49503**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC filing for all assets and vehicles**<br>**Cross-collatoralized with Comm Loan**<br>**#543493**<br><br>Describe the lien<br>**Commerical Line of Credit**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $48,000.00 | $48,000.00 |

Creditor's email address, if known

**Date debt was incurred**
**June 2019**
**Last 4 digits of account number**

Debtor   **Priest Enterprises, LLC**                                    Case number (if known) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $12,353.00 | $24,000.00 |
|---|---|---|---|---|

Creditor's Name

**Grand Rapids Comm. Lending**
**Suite 700 - MI224**
**40 Pearl St. S.W.**
**Grand Rapids, MI 49503**
Creditor's mailing address

**2020 Ford F250 - VIN: xx83664**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**May 2020**

Last 4 digits of account number
**7242**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $29,770.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Grand Rapids Comm. Lending**
**Suite 700 - MI224**
**40 Pearl St. S.W.**
**Grand Rapids, MI 49503**
Creditor's mailing address

**2021 Ford F250 with Western Wide-Out Snowplow - VIN: xx99819**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**May 2021**

Last 4 digits of account number
**1751**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $138,601.00 | $138,601.00 |
|---|---|---|---|---|

3/15/24 11:20AM

Debtor **Priest Enterprises, LLC**

Name

Case number (if known) _____

---

Creditor's Name

**Grand Rapids Comm.
Lending
Suite 700 - MI224
40 Pearl St. S.W.
Grand Rapids, MI 49503**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**June 2019**

**Last 4 digits of account number
3493**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All Asset UCC Filing - per loan doc list**

**Describe the lien**

**Commerical Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **U.S. Small Business Admin** | | **$477,600.00** | **$96,253.00** |

Creditor's Name

**2 North 20th ST.
Suite 320
BIRMINGHAM, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**March 2022**

**Last 4 digits of account number
7909**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**

**All Asset Filing per Loan Docs and UCC
Search**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Wells Fargo Vendor Financial** | | **$5,000.00** | **$11,000.00** |

Creditor's Name

**PO Box 35701
Billings, MT 59107**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**

**2015 Bobcat S570 Wheeled-style - $9,000
Bobcat Attachments/Accessories:
-Rockhound $1000
-Auger - $1000**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

---

Debtor  **Priest Enterprises, LLC**                                    Case number (if known) _____
_____
Name

**2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Western Equipment Finance** | **Describe debtor's property that is subject to a lien** | $46,468.80 | $47,000.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Toro Dingo TX1000 - $45,000**
**Toro Dingo TX1000 attachements:**
**-High Volume Bucket - $500**
**-Adjustable Forks - $500**

**503 Highway 2 West**
**Devils Lake, ND 58301**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 14, 2023**
**Last 4 digits of account number**
**4989**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Western Equipment Finance** | **Describe debtor's property that is subject to a lien** | $10,500.22 | $11,000.00 |
|---|---|---|---|---|

Creditor's Name

**Snowrator - Sidewalk machine**

**P.O. Box 640**
**Devils Lake, ND 58301**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$781,743.83** |

| Debtor | Priest Enterprises, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.7_ | |
| **Ford Credit**<br>**P.O. Box 552679**<br>**Detroit, MI 48255** | Line _2.1_ | **6553** |
| **Ford Credit**<br>**Natl Bankruptcy Service Center**<br>**P.O. Box 62180**<br>**Colorado Springs, CO 80962** | Line _2.1_ | **6553** |
| **Ford Credit**<br>**c/o Correspondence**<br>**P.O. Box 35910**<br>**Cleveland, OH 44135** | Line _2.1_ | **6553** |
| **Huntington National Bank**<br>**PO BOX 182232**<br>**GW1W34**<br>**COLUMBUS, OH 43218-2232** | Line _2.2_ | **3493** |
| **Huntington National Bank**<br>**GW1W34**<br>**5555 Cleveland Avenue**<br>**Columbus, OH 43231** | Line _2.2_ | **3493** |
| **Huntington National Bank**<br>**PO BOX 182232**<br>**GW1W34**<br>**COLUMBUS, OH 43218-2232** | Line _2.3_ | **3493** |
| **Huntington National Bank**<br>**GW1W34**<br>**5555 Cleveland Avenue**<br>**Columbus, OH 43231** | Line _2.3_ | **3493** |
| **Huntington National Bank**<br>**GW1W34**<br>**5555 Cleveland Avenue**<br>**Columbus, OH 43231** | Line _2.4_ | **3493** |
| **Huntington National Bank**<br>**PO BOX 182232**<br>**GW1W34**<br>**COLUMBUS, OH 43218-2232** | Line _2.4_ | **3493** |
| **Huntington National Bank**<br>**PO BOX 182232**<br>**GW1W34**<br>**COLUMBUS, OH 43218-2232** | Line _2.5_ | **3493** |

3/15/24 11:20AM

Debtor  **Priest Enterprises, LLC**
_____
Name

Case number (if known)  _____

| | | |
|---|---|---|
| **Huntington National Bank**<br>**GW1W34**<br>**5555 Cleveland Avenue**<br>**Columbus, OH 43231** | Line __2.5__ | **3493** |
| **SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | Line __2.6__ | **7909** |
| **SBA Office of Disaster**<br>**Assistance**<br>**14925 Kingsport Rd**<br>**FORT WORTH, TX 76155** | Line __2.6__ | **7909** |
| **U.S. ATTORNEY**<br>**330 IONIA AVENUE N.W.**<br>**SUITE 501**<br>**Grand Rapids, MI 49503** | Line __2.6__ | **7909** |
| **Western Equipment Finance**<br>**654 Amherst Rd**<br>**Sunderland, MA 01375** | Line __2.8__ | **4989** |
| **Western Equipment Finance**<br>**P.O. Box 640**<br>**Devils Lake, ND 58301** | Line __2.8__ | |
| **Western Equipment Finance**<br>**654 Amherst Rd**<br>**Sunderland, MA 01375** | Line __2.9__ | |
| **Western Equipment Finance**<br>**503 Highway 2 West**<br>**Devils Lake, ND 58301** | Line __2.9__ | |

**Fill in this information to identify the case:**

Debtor name  **Priest Enterprises, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ALTA Equipment Company**<br>**13211 Merriman Road**<br>**Livonia, MI 48150**<br><br>Date(s) debt was incurred  **August-October 2023**<br>Last 4 digits of account number  **2999** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Rental Use and Alleged Damage Repair**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $17,636.97 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 60189**<br>**City of Industry, CA 91716**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $22,914.25 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Chase Ink**<br>**P.O. Box 15123**<br>**Wilmington, DE 19850**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **5910** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $99,459.70 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Comerica Bank**<br>**Elan Financial Services**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **8498** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $13,406.79 |

Debtor    **Priest Enterprises, LLC**                         Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,101.07** |
| | **Ewing Irrigation** | ☐ Contingent | |
| | **& Landscape Supply** | ☐ Unliquidated | |
| | **3441 E. Harbour Drive** | ☐ Disputed | |
| | **Phoenix, AZ 85034** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Supplier Account** | |
| | **Last 4 digits of account number  7393** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,763.83** |
| | **Farmers Cooperative Elevator** | ☐ Contingent | |
| | **2364 64th Avenue** | ☐ Unliquidated | |
| | **Zeeland, MI 49464** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Supplier Account** | |
| | **Last 4 digits of account number  4075** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,285.15** |
| | **Huntington National Bank** | ☐ Contingent | |
| | **PO Box 2360** | ☐ Unliquidated | |
| | **Omaha, NE 68103** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **Credit Card** | |
| | **Last 4 digits of account number  7170** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,123.00** |
| | **Peter R. Priest III** | ☐ Contingent | |
| | **1864 Greenwoods Drive** | ☐ Unliquidated | |
| | **Jenison, MI 49428** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **HELOC on home to fund business** | |
| | **Last 4 digits of account number  2492** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,601.64** |
| | **Toro Financing** | ☐ Contingent | |
| | **Department of Accounts** | ☐ Unliquidated | |
| | **PO Box 100114** | ☐ Disputed | |
| | **Columbia, SC 29202** | | |
| | **Date(s) debt was incurred  April 2023** | Basis for the claim: **Toro Credit Card** | |
| | **Last 4 digits of account number  3651** | Is the claim subject to offset? ☑ No  ☐ Yes | |

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ALTA Construction Equip. LLC**<br>**Dept 771420**<br>**PO BOX 77000**<br>**Detroit, MI 48277** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | **2999** |
| 4.2 | **AMERICAN EXPRESS**<br>**PO BOX 981535**<br>**EL PASO, TX 79998** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | **1003** |

3/15/24 11:20AM

| Debtor | **Priest Enterprises, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.3**   **AMERICAN EXPRESS**<br>PO BOX 981535<br>El Paso, TX 79980 | Line **3.2**<br><br>☐ Not listed. Explain ____ | **1003** |
| **4.4**   **Cardmember Services**<br>**Attn: Bankruptcy**<br>P.O. Box 15548<br>Wilmington, DE 19886 | Line **3.3**<br><br>☐ Not listed. Explain ____ | **5910** |
| **4.5**   **Chase Card Services**<br>P.O. Box 15049<br>Wilmington, DE 19850 | Line **3.3**<br><br>☐ Not listed. Explain ____ | **5910** |
| **4.6**   **Chase Ink**<br>**Cardmember Service**<br>PO Box 6294<br>Carol Stream, IL 60197 | Line **3.3**<br><br>☐ Not listed. Explain ____ | **5910** |
| **4.7**   **Chase Ink**<br>**Attn Bankruptcy**<br>P.O. Box 15298<br>Wilmington, DE 19850 | Line **3.3**<br><br>☐ Not listed. Explain ____ | **5910** |
| **4.8**   **Elan Financial Services**<br>P.O. Box 790408<br>Saint Louis, MO 63179 | Line **3.4**<br><br>☐ Not listed. Explain ____ | **8498** |
| **4.9**   **Elan Financial Services**<br>P.O. Box 6354<br>Fargo, ND 58125 | Line **3.4**<br><br>☐ Not listed. Explain ____ | **8498** |
| **4.10**   **Elan Financial Services**<br>**Consumer Recovery Department**<br>**Attn: CBR Disputes**<br>P.O. Box 108<br>Saint Louis, MO 63166 | Line **3.4**<br><br>☐ Not listed. Explain ____ | **8498** |
| **4.11**   **Elan Financial Services**<br>P.O. Box 6335<br>Fargo, ND 58125 | Line **3.4**<br><br>☐ Not listed. Explain ____ | **8498** |
| **4.12**   **Ewing Irrigation Products Inc.**<br>P.O. Box 208728<br>Dallas, TX 75320 | Line **3.5**<br><br>☐ Not listed. Explain ____ | **7393** |
| **4.13**   **Ewing Outdoor Supply**<br>3441 E. Harbour Drive<br>Phoenix, AZ 85034 | Line **3.5**<br><br>☐ Not listed. Explain ____ | **7393** |
| **4.14**   **Farmers Cooperative Elevator**<br>P.O. Box 138<br>Zeeland, MI 49464 | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Priest Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Huntington National Bank**<br>**PO Box 182387**<br>**Columbus, OH 43218** | Line **3.7**<br>☐ Not listed. Explain ____ | **7170** |
| 4.16 | **Huntington National Bank**<br>**PO Box 1558**<br>**Columbus, OH 43272** | Line **3.7**<br>☐ Not listed. Explain ____ | **7170** |
| 4.17 | **Huntington National Bank**<br>**7 Easton Oval**<br>**EA1W18**<br>**PO Box 182387**<br>**Columbus, OH 43218** | Line **3.7**<br>☐ Not listed. Explain ____ | **7170** |
| 4.18 | **Huntington National Bank**<br>**Attn: Dispute Resolution**<br>**PO Box 1558**<br>**GW4W61**<br>**Columbus, OH 43216** | Line **3.7**<br>☐ Not listed. Explain ____ | **7170** |
| 4.19 | **The Toro Company**<br>**8111 Lyndale Avenue**<br>**Minneapolis, MN 55420** | Line **3.9**<br>☐ Not listed. Explain ____ | **3651** |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 358,292.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 358,292.40 |

3/15/24 11:20AM

**Fill in this information to identify the case:**

Debtor name    **Priest Enterprises, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for storage space on vacant land near Priest Enterprises, LLC. Used to store equipment, trailers, and other business assets.** | |
| | State the term remaining | **Yearly** | **Dewent Gravel** |
| | List the contract number of any government contract | | **Chad Vansommeran 1601 Chicago Drive Jenison, MI 49428** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 Ford F250** | |
| | State the term remaining | **1-year** | **FORD CREDIT** |
| | List the contract number of any government contract | | **NAT'L BANKRUPTCY SVC CENTER PO BOX 62180 Colorado Springs, CO 80962** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Monthy Lease for warehouse/office space** | |
| | State the term remaining | **Monthly** | **Orr Properties, LLC** |
| | List the contract number of any government contract | | **2331 Ridgewood Ave. SE Grand Rapids, MI 49546** |

**Fill in this information to identify the case:**

Debtor name __**Priest Enterprises, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Michelle L. Priest | 1864 Greenwoods Drive Jenison, MI 49428 | Huntington National Bank | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Michelle L. Priest | 1864 Greenwoods Dr. Jenison, MI 49428 | Huntington National Bank | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Michelle L. Priest | 1864 Greenwoods Dr. Jenison, MI 49428 | Huntington National Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Michelle L. Priest | 1864 Greenwoods Dr. Jenison, MI 49428 | Huntington National Bank | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Peter Priest III | 1864 Greenwoods Dr. Jenison, MI 49428 | Huntington National Bank | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

3/15/24 11:20AM

Debtor **Priest Enterprises, LLC** _____   Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Peter Priest III | 1864 Greenwoods Dr.<br>Jenison, MI 49428 | Huntington National Bank | ■ D  **2.2**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.7 | Peter Priest III | 1864 Greenwoods Dr.<br>Jenison, MI 49428 | Huntington National Bank | ■ D  **2.3**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.8 | Peter Priest III | 1864 Greenwoods Dr.<br>Jenison, MI 49428 | Huntington National Bank | ■ D  **2.4**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.9 | Peter R. Priest III | 1864 Greenwoods Drive<br>Jenison, MI 49428<br>Card in Managing Member's name used primarily for the benefit of the business. | Comerica Bank | ☐ D  ____<br>■ E/F  **3.4**<br>☐ G  ____ |
| 2.10 | Peter R. Priest III | 1864 Greenwoods Drive<br>Jenison, MI 49428<br>Card in Managing Member's name used primarily for the benefit of the business. | American Express | ☐ D  ____<br>■ E/F  **3.2**<br>☐ G  ____ |

**Fill in this information to identify your case:**

Debtor 1    **Peter R. Priest III**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the:　WESTERN DISTRICT OF MICHIGAN

Case number
(if known)

☐ Check if this is an
　amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Peter R. Priest III**　　　　　　　　X _____
　**Peter R. Priest III**　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

　Date **March 15, 2024**　　　　　　　　　Date _____

**Fill in this information to identify the case:**

Debtor name    **Priest Enterprises, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $176,215.34 |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $1,254,159.00 |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $1,228,198.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

Debtor    **Priest Enterprises, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Huntington National Bank**<br>**Grand Rapids Comm. Lending**<br>**Suite 700 - MI224**<br>**40 Pearl St. S.W.**<br>**Grand Rapids, MI 49503** | **Monthly** | **$2,800.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Huntington National Bank**<br>**Grand Rapids Comm. Lending**<br>**Suite 700 - MI224**<br>**40 Pearl St. S.W.**<br>**Grand Rapids, MI 49503**<br>**Creditor** | **Monthly** | **$2,800.00** | **Loan Payment** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Craig Tenelshof**<br>**2167 Fernwood Drive**<br>**Jenison, MI 49428** | **Hydroseeder - Returned to the Creditor for full satisfaction of purchase money loan** | **February 2024** | **$17,500.00** |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

3/15/24 11:20AM

Debtor **Priest Enterprises, LLC**     Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MARTIN L ROGALSKI PC**<br>**1881 GEORGETOWN CENTER DRIVE**<br>**JENISON, MI 49428** | | **February 5, 2024** | **$12,000.00** |
| | Email or website address<br>**court@mrogalski.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Priest Enterprises, LLC**                              Case number *(if known)*

---

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Padnos**<br>**185 West 8th Street**<br>**Holland, MI 49423** | Miscellaneous assets sold for scrap metal | 2023 | $2,000.00 |
|  | Relationship to debtor |  |  |  |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Priest Enterprises, LLC**                                      Case number *(if known)* _____

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Priest Enterprises, LLC**                          Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Megan Smith - Senior Staff Accountant**<br>**Stonehenge Consulting PLC**<br>**6500 Byron Center Avenue**<br>**Suite 200**<br>**Byron Center, MI 49315** | **2022-2023** |
| 26a.2.   **Lisa A Wisniewski, CPA**<br>**Stonehenge Consulting PLC**<br>**6500 Byron Center Avenue**<br>**Suite 200**<br>**Byron Center, MI 49315** | **2022-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Lisa M. Wisniewski, CPA**<br>**Stonehenge Consulting PLC**<br>**6500 Byron Center Avenue**<br>**Suite 200**<br>**Byron Center, MI 49315** | **2022-2023** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Megan Smith**<br>**Stonehenge Consulting PLC**<br>**6500 Byron Center Avenue**<br>**Suite 200**<br>**Byron Center, MI 49315** | **2022-2023** |

Debtor     **Priest Enterprises, LLC**                                    Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Lisa M. Wisniewski, CPA**<br>**Stonehenge Consulting, PLC**<br>**6500 Byron Center Avenue**<br>**Suite 200**<br>**Byron Center, MI 49315** | |
| 26c.2. **Megan Smith**<br>**Stonehenge Consulting PLC**<br>**6500 Byron Center Avenue**<br>**Suite 200**<br>**Byron Center, MI 49315** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Peter R. Priest III** | **January 2024** | **Physical on hand account of all materials, equipment and goods. Total of Raw Material and Inventory goods: $33,700** |

| Name and address of the person who has possession of inventory records |
|---|
| **Peter R. Priest III**<br>**1725 Dewent Drive**<br>**Suite 1**<br>**Jenison, MI 49428** |

| | | |
|---|---|---|
| 27.2. **Peter R. Priest III** | **February 2024** | **Physical on hand account of all materials, equipment and goods. Total of Raw Material and Inventory goods: $28,800** |

| Name and address of the person who has possession of inventory records |
|---|
| **Peter R. Priest III**<br>**1725 Dewent Drive**<br>**Suite 1**<br>**Jenison, MI 49428** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

3/15/24 11:20AM

| Debtor | **Priest Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter R. Priest III | **1864 Greenwoods Drive Jenison, MI 49428** | **President and Sole-Member** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Peter R. Priest III 1864 Greenwoods Drive Jenison, MI 49428** | **$8,300** | **2024** | **Compensation in the form of draws** |
| | Relationship to debtor **Owner of Priest Enterprises, LLC** | | | |
| 30.2. | **Peter R. Priest III 1864 Greenwoods Drive Jenison, MI 49428** | **$110,000** | **2023** | **Compensation in the form of draws** |
| | Relationship to debtor **Owner of Priest Enterprises, LLC** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Priest Enterprises, LLC**                                    Case number *(if known)* _____

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2024**

**/s/ Peter R. Priest III**                                    **Peter R. Priest III**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President and Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

3/15/24 11:20AM

# United States Bankruptcy Court
## Western District of Michigan

In re __Priest Enterprises, LLC__

Debtor(s)

Case No. _____

Chapter __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter R. Priest**<br>**1854 Greenwoods Drive**<br>**Jenison, MI 49428** | | | **Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 15, 2024__

Signature __/s/ Peter R. Priest III__

Peter R. Priest III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re    **Priest Enterprises, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 15, 2024**

**/s/ Peter R. Priest III**

**Peter R. Priest III/President and Managing Member**
Signer/Title

ALTA CONSTRUCTION EQUIP. LLC
DEPT 771420
PO BOX 77000
DETROIT MI 48277

COMERICA BANK
ELAN FINANCIAL SERVICES
P.O. BOX 790408
SAINT LOUIS MO 63179

FARMERS COOPERATIVE ELEVAT
P.O. BOX 138
ZEELAND MI 49464

ALTA EQUIPMENT COMPANY
13211 MERRIMAN ROAD
LIVONIA MI 48150

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

FORD CREDIT
CUSTOMER SERVICE CENTER
P.O. BOX 35910
CLEVELAND OH 44135

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716

ELAN FINANCIAL SERVICES
P.O. BOX 790408
SAINT LOUIS MO 63179

FORD CREDIT
P.O. BOX 552679
DETROIT MI 48255

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998

ELAN FINANCIAL SERVICES
P.O. BOX 6335
FARGO ND 58125

FORD CREDIT
C/O CORRESPONDENCE
P.O. BOX 35910
CLEVELAND OH 44135

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79980

ELAN FINANCIAL SERVICES
CONSUMER RECOVERY DEPARTMENT
ATTN: CBR DISPUTES
P.O. BOX 108
SAINT LOUIS MO 63166

FORD CREDIT
NATL BANKRUPTCY SERVICE CEN
P.O. BOX 62180
COLORADO SPRINGS CO 80962

CARDMEMBER SERVICES
ATTN: BANKRUPTCY
P.O. BOX 15548
WILMINGTON DE 19886

ELAN FINANCIAL SERVICES
P.O. BOX 6354
FARGO ND 58125

FORD CREDIT
NAT'L BANKRUPTCY SVC CENTER
PO BOX 62180
COLORADO SPRINGS CO 80962

CHASE CARD SERVICES
P.O. BOX 15049
WILMINGTON DE 19850

EWING IRRIGATION
& LANDSCAPE SUPPLY
3441 E. HARBOUR DRIVE
PHOENIX AZ 85034

HUNTINGTON NATIONAL BANK
GRAND RAPIDS COMM. LENDING
SUITE 700 - MI224
40 PEARL ST. S.W.
GRAND RAPIDS MI 49503

CHASE INK
P.O. BOX 15123
WILMINGTON DE 19850

EWING IRRIGATION PRODUCTS INC.
P.O. BOX 208728
DALLAS TX 75320

HUNTINGTON NATIONAL BANK
PO BOX 2360
OMAHA NE 68103

CHASE INK
CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197

EWING OUTDOOR SUPPLY
3441 E. HARBOUR DRIVE
PHOENIX AZ 85034

HUNTINGTON NATIONAL BANK
PO BOX 182232
GW1W34
COLUMBUS OH 43218-2232

CHASE INK
ATTN BANKRUPTCY
P.O. BOX 15298
WILMINGTON DE 19850

FARMERS COOPERATIVE ELEVATOR
2364 64TH AVENUE
ZEELAND MI 49464

HUNTINGTON NATIONAL BANK
GW1W34
5555 CLEVELAND AVENUE
COLUMBUS OH 43231

HUNTINGTON  NATIONAL  BANK
PO  BOX  182387
COLUMBUS OH 43218

SBA  OFFICE  OF  DISASTER
ASSISTANCE
14925  KINGSPORT  RD
FORT WORTH TX 76155

HUNTINGTON  NATIONAL  BANK
ATTN: DISPUTE  RESOLUTION
PO  BOX  1558
GW4W61
COLUMBUS OH 43216

THE  TORO  COMPANY
8111  LYNDALE  AVENUE
MINNEAPOLIS MN 55420

HUNTINGTON  NATIONAL  BANK
7 EASTON  OVAL
EA1W18
PO  BOX  182387
COLUMBUS OH 43218

TORO  FINANCING
DEPARTMENT  OF  ACCOUNTS
PO  BOX  100114
COLUMBIA SC 29202

HUNTINGTON  NATIONAL  BANK
PO  BOX  1558
COLUMBUS OH 43272

U.S.  ATTORNEY
330  IONIA  AVENUE N.W.
SUITE  501
GRAND RAPIDS MI 49503

MICHELLE  L.  PRIEST
1864  GREENWOODS  DRIVE
JENISON MI 49428

U.S.  SMALL  BUSINESS  ADMIN
2 NORTH 20TH ST.
SUITE  320
BIRMINGHAM AL 35203

MICHELLE  L.  PRIEST
1864  GREENWOODS  DR.
JENISON MI 49428

WELLS  FARGO  VENDOR  FINANCIAL
PO  BOX  35701
BILLINGS MT 59107

ORR  PROPERTIES,  LLC
2331  RIDGEWOOD  AVE.  SE
GRAND RAPIDS MI 49546

WESTERN  EQUIPMENT  FINANCE
503  HIGHWAY  2  WEST
DEVILS LAKE ND 58301

PETER  PRIEST  III
1864  GREENWOODS  DR.
JENISON MI 49428

WESTERN  EQUIPMENT  FINANCE
P.O.  BOX  640
DEVILS LAKE ND 58301

PETER  R.  PRIEST  III
1864  GREENWOODS  DRIVE
JENISON MI 49428

WESTERN  EQUIPMENT  FINANCE
654  AMHERST  RD
SUNDERLAND MA 01375

SBA
PO  BOX  3918
PORTLAND OR 97208

3/15/24 11:20AM

# United States Bankruptcy Court
## Western District of Michigan

In re  **Priest Enterprises, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Priest Enterprises, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 15, 2024**

Date

**/s/ Martin L. Rogalski**

**Martin L. Rogalski P-30548 - MICHIGAN**

Signature of Attorney or Litigant

Counsel for   **Priest Enterprises, LLC**

**MARTIN L. ROGALSKI, P.C.**
**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428**
**(616) 457-4410 Fax:(616) 457-6944**
**court@mrogalski.com**